UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN ROWLEY,

     Plaintiff,                              Case No. 21-12127
                                                Honorable Victoria A. Roberts

v.

COMMISSONER OF SOCIAL SECURITY,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF No. 18]

On February 27, 2023, then – Magistrate Judge – now District Judge – Jonathan J.C. Grey issued a Report and Recommendation [ECF No. 18] recommending DENYING Plaintiff's Motion for Summary Judgment [ECF No. 11] and GRANTING Defendant's Motion for Summary Judgment [ECF No. 14].

Neither party filed objections within the fourteen-day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court **ADOPTS** the Report and Recommendation.

The Court **GRANTS** Defendant's motion, **DENIES** Plaintiff's, and **AFFIRMS** the Commissioner of Social Security's decision.

Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  March 16, 2023